NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROMAG FASTENERS, INC.,**
*Plaintiff-Cross-Appellant*

v.

**FOSSIL, INC., FOSSIL STORES I, INC., MACY'S, INC., MACY'S RETAIL HOLDINGS, INC.,**
*Defendants-Appellants*

**DILLARD'S, INC., NORDSTROM, INC., THE BON-TON STORES, INC., THE BON-TON DEPARTMENT STORES, INC., BELK, INC., ZAPPOS.COM, INC., ZAPPOS RETAIL, INC.,**
*Defendants*

---

2016-1115, -1116, -1842

---

Appeals from the United States District Court for the District of Connecticut in Nos. 3:10-cv-01827-JBA and 3:11-cv-00929-CFD, Judge Janet Bond Arterton.

---

**ON MOTION**

---

**O R D E R**

Fossil, Inc., Fossil Stores I, Inc., Macy's Inc., and Macy's Retail Holdings, Inc. (collectively, "Fossil") move with consent to consolidate Appeal Nos. 16-1115, -1116 with Appeal No. 16-1842 and to set a briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Within ten days from the date of filing of this order, Fossil shall file its opening brief in these consolidated appeals, replacing Fossil's opening brief previously filed on February 19, 2016. Within 30 days thereafter, Romag Fasteners, Inc. shall file its opening-and-response brief in these consolidated appeals. The parties should calculate the time for filing the balance of the briefing in accordance with the Federal Rules of Appellate Procedure and the Federal Circuit Rules.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31